NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARTHA MAXEY a/k/a MARTHA )
PETERSON-MAXEY; )
    )
    Appellants, )
    )
v. )    Case No. 2D18-1930
    )
WILMINGTON SAVINGS FUND )
SOCIETY, FSB, d/b/a CHRISTIANA )
TRUST, NOT INDIVIDUALLY BUT )
AS TRUSTEE FOR PRETIUM )
MORTGAGE ACQUISITION TRUST, )
AS ASSIGNEE OF WELLS FARGO )
BANK, N.A.; DARYL MAXEY a/k/a )
DARYL AARON MAXEY; CLERK OF )
COURT OF PINELLAS COUNTY, )
FLORIDA; and ANY AND ALL )
UNKNOWN PARTIES CLAIMING )
BY THROUGH, UNDER, OR )
AGAINST THE HEREIN NAMED )
INDIVIDUAL DEFENDANT(S) WHO )
ARE NOT KNOWN TO BE DEAD )
OR ALIVE, WHETHER SAID )
UNKNOWN PARTIES MAY CLAIM )
AN INTEREST AS SPOUSES, )
HEIRS, DEVISEES, GRANTEES, )
OR OTHER CLAIMANTS, )
    )
    Appellees. )
_____)

Opinion filed February 20, 2019.

Appeal from the Circuit Court for Pinellas
County; Cynthia Newton, Judge.

Martha Maxey, pro se.

Adam J. Knight and Jacqueline Simms-
Petredis of Burr & Forman LLP, Tampa,
for Appellee Wells Fargo Bank, N.A.

No appearance for remaining
Appellees.


PER CURIAM.


       Affirmed.


LaROSE, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.